UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN SHORT,

    Plaintiff,

v.                                              Case No: 2:18-cv-124-FtM-99CM

IMMOKALEE WATER & SEWAGE
DISTRICT,

    Defendant.
_____/

## ORDER[1]

Before the Court is Plaintiff John Short's Motion to Vacate Endorsed Order Granting Defendant Immokalee Water & Sewage District's Motion to File Reply Brief. (Doc. 40). The Middle District of Florida's Local Rules give the Court discretion to allow a party to file a reply brief. Local Rule 3.01(c). Here, the Court found good cause for Immokalee Water to file a reply to Short's response to the motion to dismiss. In granting Immokalee Water a reply brief, the Court recognized that Short opposed such relief. And because of his opposition, the Court gave him leave to file a sur-reply of equal page length to Immokalee Water's reply. The Court thus has given no appearance of undue and unfair favoritism towards Immokalee Water's legal position.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff John Short's Motion to Vacate Endorsed Order Granting Defendant Immokalee Water & Sewage District's Motion to File Reply Brief (Doc. 40) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of August 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record